Not considered. Filed more than thirty days after refusal of the rehearing in the Court of Appeal.

190 So.2d 239

**Geneva SMITH et al.**

v.

**FIDELITY & CASUALTY COMPANY OF NEW YORK et al.**

**No. 48364.**

Oct. 7, 1966.

In re: Geneva Smith and Johnny Smith applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Tangipahoa. 189 So.2d 110.

Writ refused. No error of law under the facts as found by the Court of Appeal.

190 So.2d 239

**Succession of Thomas Earl BARR a/k/a T. E. Barr.**

**No. 48403.**

Oct. 7, 1966.

In re: Hazel Smyth Barr applying for writs of certiorari, prohibition and mandamus.

Writs refused. The showing made does not warrant the exercise of our supervisory jurisdiction.